**Law Office of David A. Zelman**
612 Eastern Parkway
Brooklyn, NY 11225
Phone: (718) 604-3072
Fax: (718) 604-3074

February 27, 2012

**VIA ECF**

Magistrate Judge Roanne L. Mann
United States District Court
Eastern District of New York
225 Cadman Plaza
Brooklyn, NY 11201

        RE:    **Walker v. City of New York, et al.**
                  **12 CV 00840 (JBW) (RLM)**

Your Honor:

       This office represents the plaintiff in the above referenced matter. Pursuant to statute, when a plaintiff is authorized to proceed *in forma pauperis*, the "officers of the court shall issue and serve all process." 28 U.S.C. § 1915(d). As such, plaintiff seeks an order requiring the U.S. Marshal to serve defendants Police Officer Andrew J. Kamna, shield # 24865, Police Officer Nahantara Gonzalez, shield # 5325, and Police Officer Francisco Pina, shield # 26670, at the 73rd Precinct, 1470 East New York Avenue, Brooklyn, NY 11233.

       This is a civil rights case alleging, *inter alia*, false arrest and excessive force in connection with plaintiff's arrest on or about December 17, 2010. On or about February 21, 2012, a summons and complaint were filed, together with a motion for leave to proceed *in forma pauperis*. The City was served on February 24, 2012.

       Plaintiff seeks an order pursuant to 28 U.S.C. § 1915(d), requiring the U.S. Marshal to serve the above named defendants.

       Thank you for your consideration in this matter.

                                                      Very truly yours,

                                                      Justin Denton, Esq.